

The McMillan Firm
240 W 35th Street Suite 405
New York, NY 10001
646-559-8314

December 21, 2021

**VIA ECF AND EMAIL**
The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Failla_nysdchambers@nysd.uscourts.gov



Re: *Lixenberg v. Source Digital, Inc. et al.*, 1:21-cv-7834-KPF

Your Honor,

We represent Source Digital, Inc. and NorthStar Source Group, LLC in the above-referenced action. We write in regard to Your Honor's December 17, 2021 Order granting Plaintiff's motion to adjourn the Initial Conference and rescheduling it for January 25, 2022 at 11 a.m. (D.E. 17).  Due to a prior scheduling conflict, we seek adjournment of the Initial Conference to a date following January 25, 2022 that is convenient for the Court and the parties. Plaintiffs have consented to Defendants' request.

Pursuant to an Initial Case Management Conference Order issued November 23, 2021, I am currently scheduled to attend an in-person Initial Conference before Magistrate Judge Parker at 10:30 a.m. on January 25, 2022, at 500 Pearl Street (*see Reid v. Source Digital, Inc.*, 1:21-cv-08563-AJN-KHP) (D.E. 9).  As attorney-in-charge of both these matters, it will be impossible for me to attend both Initial Conferences at the currently scheduled times.  For this reason, we are requesting an adjournment of the January 25, 2022 conference to a date and time that is convenient for the Court and the parties.  This is Source Digital, Inc. and NorthStar Source Group, LLC's first request to adjourn the Initial Conference.

Respectfully submitted,

/s L. Londell McMillan
L. Londell McMillan
The McMillan Firm
240 W. 35th, Suite 405
New York, NY  10001
Telephone: (646) 559-8314
Email:  llm@thenorthstargroup.biz

Cc: All counsel of record (via ECF)

Application GRANTED.  The initial pretrial conference scheduled for January 25, 2022, is hereby ADJOURNED to January 28, 2022, at 10:00 a.m.

The conference will be held telephonically. At the scheduled time, the parties are to call (888) 363-4749 and enter the access code 5123533. Please note the conference line will not be available prior to 10:00 a.m.

The Clerk of Court is directed to terminate the pending motion at docket entry 19.

Date:    December 22, 2021          SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE